UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| Plumbers' & Pipefitters' Local #562 Supplemental Plan & Trust et al v. J.P. Morgan Acceptance Corporation I et al | 08-cv-01713-ERK-WDW     (Lead) |

-----------------------------------------------------------------

Public Employees' Retirement System of Mississippi v. Moody's Investors Service, Inc. et al     09-cv-03209-ERK -ETB

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★   17 2009 ★
BROOKLYN OFFICE

-----------------------------------------------------------------

KORMAN, Ch.J.

  IT IS ORDERED that case number(s)_09-cv-03209___ be consolidated into lead case number_08-cv-01713_ as related actions.

  IT IS ORDERED that case number(s)_09-cv-03209____ be administratively closed and all further entries be made on the lead case, docket number_08-cv-01713_.

  The clerk is directed to reassign 09cv3209 from MJ Boyle to MJ Wall, as noted in the lead docket.

_____
EDWARD R. KORMAN, Sr. U.S.D.J.

DATED:  Brooklyn, N.Y.
      November 13, 2009

